**Order entered May 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01028-CR

**ADOLPH JUNIOR MENJIVAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-57185-U**

## ORDER

On April 27, 2015, this Court ordered court reporter Peri Wood to file, within fifteen days, a supplemental record containing State's Exhibit nos. 2, 17, 39, and 67, and Defendant's Exhibit nos. 2, 3, 4, 6, 7, and 12.  To date, Ms. Wood has neither filed the exhibits nor communicated with the Court regarding the status of the exhibits.

Accordingly, we **ORDER** court reporter Peri Wood to file, by **4:00 p.m. on TUESDAY, MAY 26, 2015**, a supplemental record containing State's Exhibit nos. 2, 17, 39, and 67, and Defendant's Exhibit nos. 2, 3, 4, 5, 6, 7, and 12.  If the supplemental record is not filed by the date and time specified, the Court will order that Peri Wood not sit as a court reporter until the exhibits are filed in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; Peri Wood, official court reporter, 292nd Judicial District; and to counsel for all parties.

/s/    ADA BROWN
          JUSTICE